Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX: (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Audrey Scott

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY SCOTT, <br>     Plaintiff, <br><br>   vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br>     Defendant. | Case No.: 5:23-cv-00343-BFM <br><br> ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FOUR THOUSAND DOLLARS** ($4,000.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: December 6, 2023

_____
HON. BRIANNA FULLER MIRCHEFF
United States Magistrate Judge